NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,**
*Appellant*

**v.**

**NETFLIX, INC.,**
*Appellee*

---

2022-2041

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00057.

---

**JUDGMENT**

---

DAN YOUNG, Quarles & Brady LLP, Littleton, CO, argued for appellant. Also represented by KENT DALLOW; CHAD KING, King IAM LLC, Lone Tree, CO.

CHRISTOPHER SCOTT PONDER, Sheppard Mullin Richter & Hampton LLP, Menlo Park, CA, argued for appellee. Also represented by HARPER BATTS, JEFFREY LIANG.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 7, 2024
Date

Jarrett B. Perlow
Clerk of Court